UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DUANE ANGELO GITTENS<br><br>Petitioner. | Case No. 22-cv-05366 NC (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner, a state prisoner proceeding *pro se*, filed a "petition [to] the court to file [an] original bill of lading." *See* Dkt. No. 1. Petitioner refers to his right to certain property. *See id.* at 2.

Petitioner is housed at Solano State Prison, Vacaville, which is located in Solano County. *See id.* at 1. Accordingly, any deprivation of property most likely occurred in Solano County. Solano County is located within the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore is proper in the Eastern District of California. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: September 26, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-05366 NC (PR)
ORDER OF TRANSFER