UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE ANGELO GITTENS,<br><br>Petitioner,<br><br>v.<br><br>UNKNOWN,<br><br>Respondent. | No. 2:22-cv-01708-KJM-EFB (HC)<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a "petition [to] the court to file [an] original bill of lading." ECF No. 1. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2023, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has since filed several documents, which, in an abundance of caution, the court construes as objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. The court has reviewed petitioner's objections and has been unable to discern what the basis of

petitioner's objections are.  From both the petition and the objections, it is unclear what relief petitioner seeks, if any.  *See* F. & R. at 2, ECF No. 19.  Additionally, the court cannot discern the basis of this court's jurisdiction.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed June 9, 2023, are adopted in full; and

        2. This action is dismissed without prejudice to the filing of a civil complaint alleging breach of contract.

DATED:  August 26, 2023.

                                            CHIEF UNITED STATES DISTRICT JUDGE