UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Duane Angelo Gittens,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>Unknown,<br><br>　　　　　Respondent. | No. 2:22-cv-01708-KJM-EFB<br><br>ORDER |

This court previously adopted the Magistrate Judge's recommendation to dismiss this action without prejudice to a complaint asserting a claim for breach of contract. *See* F&Rs, ECF No. 19, *adopted*, ECF No. 22. Judgment was entered, ECF No. 23, and Petitioner's appeal was dismissed for lack of jurisdiction, ECF Nos. 28–29. Petitioner has now filed a lengthy document titled "Bill of Lading." ECF No. 30. The court can determine neither what relief petitioner seeks nor whether he requests relief from the judgment and on what grounds. The petition at ECF No. 30 is therefore **stricken**. The court will disregard any further similar filings in the future.

　　IT IS SO ORDERED.

DATED: January 23, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1